## SOLOMON *v.* THE STATE.

*Simmons, C. J.*—1. While it is the right of counsel for the accused in a criminal case to read law to the jury and comment thereon, this court will not control the discretion of the trial judge in refusing to allow counsel to read from a Supreme Court report of this State the facts of a decided case for the purpose of commenting upon and comparing the testimony in that case with the facts of the case on trial.

2. This case turned upon the question whether the accused unlawfully or in self-defense stabbed the person alleged to have been assailed, and the evidence fully warranted the verdict of guilty. Even if the charges complained of were not in all respects accurate, they contain nothing which would justify this court in setting aside the judgment of the court below refusing a new trial.                                              *Judgment affirmed.*

Submitted October 8,—Decided October 26, 1896.

Indictment for assault to murder. Before Judge Gober. Houston superior court. April term, 1896.

*W. C. Davis* and *R. N. Holtzclaw,* for plaintiff in error. *A W. Lane, solicitor-general,* contra.